UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21363-CIV-LENARD/O'SULLIVAN

MARK MATTHEWS, as Personal
Representative of the Estate of
CARL MATTHEWS,

        Plaintiff,
vs.

NCL (BAHAMAS) LTD., a Bermuda
Company,

        Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Motion for Attorney's Fees and Sanctions (DE # 45, 2/14/12), the Plaintiff's Motion to Unseal Ex Parte Portions of Hearing (DE # 46, 2/14/12), and the Plaintiff's Motion for Leave to Propound Interrogatories in Excess of Thirty (DE # 47, 2/14/12).  The Plaintiff's Motion for Attorney's Fees and Sanctions (DE # 45, 2/14/12), and the Plaintiff's Motion for Leave to Propound Interrogatories in Excess of Thirty (DE # 47, 2/14/12) having failed to comply with the Discovery Procedure in place in this case (see attached Discovery Procedure), and the plaintiff having failed to confer with the opposing party on the Plaintiff's Motion to Unseal Ex Parte Portions of Hearing (DE # 46, 2/14/12), it is

ORDERED AND ADJUDGED the Plaintiff's Motion for Attorney's Fees and Sanctions (DE # 45, 2/14/12), the Plaintiff's Motion to Unseal Ex Parte Portions of Hearing (DE # 46, 2/14/12), and the Plaintiff's Motion for Leave to Propound Interrogatories in Excess of Thirty (DE # 47, 2/14/12) are all stricken from the record.  Counsel should call the Chambers of Magistrate Judge John J. O'Sullivan to set Plaintiff's Motion for Attorney's Fees and Sanctions (DE # 45, 2/14/12) and the Plaintiff's Motion for Leave to Propound Interrogatories in Excess of

Thirty (DE # 47, 2/14/12) for an informal discovery conference. The parties should confer as required by Southern District of Florida Local Rule 7.1(a)(3), as to the relief requested by the plaintiff in the Plaintiff's Motion to Unseal Ex Parte Portions of Hearing (DE # 46, 2/14/12).

DONE AND ORDERED, in Chambers, at Miami, Florida, this 16th day of February, 2012.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# DISCOVERY PROCEDURE FOR
# MAGISTRATE JUDGE JOHN J. O'SULLIVAN

The following discovery procedures apply to all civil cases assigned to United States District Judge Lenard.

If parties are unable to resolve their discovery disputes without Court intervention, Magistrate Judge John J. O'Sullivan will set the matter for a hearing. Discovery disputes are generally set for hearings on Tuesdays and Thursdays in the 5th Floor Courtroom, United States Courthouse, 301 N. Miami Avenue, Miami, Florida.

If a discovery dispute arises, the moving party must seek relief within fifteen (15) days after the occurrence of the grounds for relief, by contacting Magistrate Judge O'Sullivan's Chambers and placing the matter on the next available discovery calendar.
Magistrate Judge O'Sullivan's telephone number is (305) 523-5920.

After a matter is placed on the discovery calendar, the movant shall provide notice to all relevant parties by filing a Notice of Hearing. The Notice of Hearing shall briefly specify the substance of the discovery matter to be heard and include a certification that the parties have complied with the pre-filing conference required by Southern District of Florida Local Rule 7.1(a)(3). Generally, no more than ten (10) minutes per side will be permitted.

No written discovery motions, including motions to compel and motions for protective order, shall be filed unless the Court is unable to resolve the dispute at the motion calendar, or unless requested by Magistrate Judge O'Sullivan. It is the intent of this procedure to minimize the necessity of motions.

The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes and to confer in an attempt to resolve the discovery issue prior to setting the hearing. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is not being provided in good faith.